```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10367
   SANDRA KAY GURTLER
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-1831
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/10/07 and confirmed on 08/17/07.

   2.  The case was converted to Chapter 7 after confirmation, 03/03/2008.

   3.  The Debtor paid a total of $   2888.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | SECURED | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 4500.00 | .00 | .00 |
| NATIONAL CREDIT ACCEPTAN | FILED LATE | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7850.08 | .00 | .00 |
| B REAL LLC | UNSECURED | 1430.56 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13796.07 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 16513.66 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5220.30 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1970.13 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4500.00 | .00 | 46780.80 | .00 | 51280.80 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, R DANIEL LYONS & ASSOC         , was allowed $   3500.00
and was paid $    2767.07 .

The Trustee received $     120.93 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 06/26/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE